IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ANISSA BANKS, as Administrator of the Estate of Travis Latrey Banks,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF GUNTERSVILLE, JIM PETERSON, et al.<br><br>　　　Defendants. | CASE NO. 4:22-cv-00002-ACA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Anissa Banks, as Administrator of the Estate of Travis Latrey Banks and defendants Matthew Pylant, Joshua Hatley and James Compton, by and through their respective counsel of record, stipulate and agree pursuant to Rule 41, Fed. R. Civ Proc., that this action may be dismissed, with prejudice, each party to bear their own costs.

/s/ Richard Allan Rice
Richard Allan Rice

THE RICE FIRM, LLC
115 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
205-618-8733
Fax: 888-391-7193
Email: rrice@rice-lawfirm.com
Attorney for Plaintiff Anissa Banks, as Administrator of the Estate of Travis Latrey Banks

/s/ Johnathan Fitzgerald Austin
Johnathan Fitzgerald Austin

AUSTIN LAW, PC
PO BOX 321173
Birmingham, AL 35212
205-538-0169
Fax: 205-707-1168
Email: austin@jaustinlawpc.com
Attorney for Plaintiff Anissa Banks, as Administrator of the Estate of Travis Latrey Banks

_/s/ David J. Canupp_
David J. Canupp

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: djc@LanierFord.com

Attorney for Defendants Matthew Pylant and Joshua Hatley

_/s/ Allen L. Anderson_
Allen L. Anderson

F&B LAW FIRM, P.C.
213 Greene Street
Huntsville, Alabama 35801
Phone: (256) 536-0095
Fax: (256) 536-4440
E-mail: court@fb-pc.com

Attorney for Defendant James Compton

2